# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TERRY LAMAR NOBLE, | Civil No. 08-6259 (JRT/RLE) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| WARDEN FONDREN, | |
| Respondent. | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson dated November 6, 2009. Based upon the Report and Recommendation of the Magistrate Judge [Docket No. 11], and all of the files, records and proceedings herein, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that the Petitioner's Application for Habeas Corpus Relief under Title 28 U.S.C. §2241 [Docket No. 1] is dismissed with prejudice.

Dated: December 2, 2009              ___s/ John R. Tunheim___
at Minneapolis, Minnesota             JOHN R. TUNHEIM
                                                              United States District Judge